UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:25-cv-00365-VMC-AEP

GERALD BRUCE,

    Plaintiff,

v.

VIRPAX PHARMACEUTICALS, INC.,

    Defendant.

_____/

## **NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

X IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated this 28th day of February, 2025.

1

Respectfully Submitted,

/s/Barbra A. Stern
Barbra Anne Stern, Esquire
Florida Bar Number 525576
Lead Counsel for Plaintiff
**Law Office Of Barbra Stern PA**
808 E. Las Olas Blvd.
Suite 102
Fort Lauderdale, FL 33301
(954) 239-7249
Email: barbra@sternlawoffice.com