UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:25-cv-00365-VMC-AEP

**GERALD BRUCE**,

    Plaintiff,

vs.

**VIRPAX PHARMACEUTICALS, INC.**,

    Defendants.

_____/

## DEFENDANT'S NOTICE OF RESCHEDULING MEDIATION

Defendant Virpax Pharmaceuticals, Inc., through undersigned counsel, pursuant to the Court's Order dated August 6, 2025 [ECF No. 32], hereby gives notice of the rescheduling of the mediation in the above-styled case with **Robyn S. Hankins, Esq.** as mediator on **December 15, 2025, at 10:00 a.m.,** at a location to be determined by mutual agreement of counsel.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **RICHARD B. MATEER, P.A.** |
| Lead Counsel for Defendant | Co-Counsel for Defendant |
| 4800 N. Hiatus Road | 11132 Orange Blossom Lane |
| Sunrise, FL 33351 | Boca Raton, Florida 33428 |
| Telephone: 954/362-3800 | Telephone: 561/929-6000 |
| Facsimile: 954/613-5902 | Email: : rbmateer@gmail.com |
| Email: rhannah@rhannahlaw.com | |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Richard B. Mateer* |
|     RODERICK V. HANNAH |     RICHARD B. MATEER |
|     Fla. Bar No. 435384 |     Fla. Bar No. 193462 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notices of filing:

Barbra A. Stern, Esquire
LAW OFFICES OF BARBRA STERN PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Tel: (954) 743-4710
barbra@sternlawoffice.com

*Attorneys for Plaintiff*
*GERALD BRUCE*

             By *s/ Roderick V. Hannah*
                RODERICK V. HANNAH